# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NICK MANDIS, as Administrator of
the Estate of EVELYN MANDIS,
Deceased, and MICHAEL MANDIS,**

      **Plaintiffs,**

**v.**                                     **CIVIL ACTION NO.  05-CV-642 DRH**

**THE CITY OF BELLEVILLE, A
Municipal Corporation, and
MATT EISKANT.**

      **Defendants.**

### JUDGMENT IN A CIVIL CASE

      **DECISION BY COURT.**  This action came to hearing before the Court on Defendants' Motion for Summary Judgment.

      **IT IS ORDERED AND ADJUDGED** that the motion is **GRANTED** on all Counts of Plaintiffs' Complaint and this case is **DISMISSED WITH PREJUDICE.**  Judgment is entered in favor of Defendants **CITY OF BELLEVILLE** and **MATT EISKANT** and against Plaintiffs **NICK MANDIS**, **as Administrator of the Estate of EVELYN MANDIS, Deceased**, and **MICHAEL MANDIS.**------------------------------------------------------------------------------------------

                                 **NORBERT G. JAWORSKI, CLERK**

April 30, 2008                           BY:___/s/Patricia Brown_____
                                             Deputy Clerk

            /s/     David R Herndon

**APPROVED:**
      **CHIEF JUDGE
      U.S. DISTRICT COURT**